MORDECAI RIVCHIS, Appellant, v. PAUL P. LAZAR, Respondent.— In view of this court's determination in the companion appeal (*Rivchis* v. *Lazar, ante,* p. 944), decided herewith, the appeal is dismissed as academic, without costs. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

## THIRD DEPARTMENT, MARCH, 1952.

### (March 10, 1952.)

In the Matter of the Claim of STANLEY KOPEC, Respondent, against BUFFALO BRAKE BEAM-ACME STEEL & MALLEABLE IRON WORKS, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 278 App. Div. 867.]

### (March 12, 1952.)

In the Matter of the Claim of BRIDGET DEASY, Respondent, against RALPH W. FOX et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., dissents, and votes to affirm.